IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GONZALES,

        Plaintiff,                    No. CIV S-07-1135 LEW EFB P

        vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION

        Defendant.               ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        Plaintiff alleges a violation of civil rights at Salinas Valley State Prison, located in Monterey County, California. Monterey County is located within the Northern District of

1

1  California. Therefore, plaintiff's claim should have been filed in the United States District Court
2  for the Northern District of California. In the interest of justice, a federal court may transfer a
3  complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v.*
4  *McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
5      Accordingly, IT IS HEREBY ORDERED that:
6      1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and
7      2. This matter is transferred to the United States District Court for the Northern District
8  of California.
9  Dated: July 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE