1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES GONZALES,

11              Plaintiff,                    No. CIV S-07-1135 LEW EFB P

12        vs.

13   DIRECTOR OF CALIFORNIA
     DEPARTMENT OF CORRECTIONS
14   AND REHABILITATION

15              Defendant.                    <u>ORDER</u>

16   _____/

17        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

18   *See* 42 U.S.C. § 1983.

19        The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

22   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

23   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

24   no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

25        Plaintiff alleges a violation of civil rights at Salinas Valley State Prison, located in

26   Monterey County, California.  Monterey County is located within the Northern District of

                                              1

California.  Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that:

1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and

2.  This matter is transferred to the United States District Court for the Northern District of California.

Dated:  July 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2